IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   October 10, 2013 |
| Court Reporter:      Gwen Daniel | Probation: Justine Kozak |

_____

Criminal Action No. 12-cr-00048-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Susan Knox

    Plaintiff,

v.

10.  LIONEL ROBINSON,                       Philip Ogden

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

09:40 a.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Knox)

Sentencing Statement (by Mr. Ogden)

1

**ORDERED:** **There being no objection to the Motion, the Government's Motion Regarding Acceptance of Responsibility (ECF No. 619) is GRANTED.**

**ORDERED:** **There being no objection to the Motion, the Motion to Dismiss Counts One, Eighteen and Twenty-Two of the Indictment as to Defendant Lionel Robinson (ECF No. 620) is GRANTED. Counts One, Eighteen and Twenty-Two are DISMISSED as to Defendant 10. Lionel Robinson.**

**ORDERED:** **The Government's §5K1.1 Motion for Downward Departure Based on Substantial Assistance (ECF No. 621) is GRANTED**.

The Court addresses the defendant's objections to the Presentence Investigation Report

**ORDERED:** **The defendant's first objection to the Presentence Investigation Report concerning the aggravated assault conviction in Mississippi County, Arkansas (ECF No. 596) is OVERRULED AS MOOT.**

**The remaining objections will not affect sentencing nor will the Court consider them in sentencing; and therefore, no ruling on these objections is required.**

Statement by defendant's girlfriend

Statement by defendant's brother

Defendant's Allocution

> Defendant plead guilty to an Information and admitted to the general allegation of forfeiture on July 25, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Lionel Robinson, is committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight months and one day.**

**Defendant is ordered to pay a fine of $1,500.00 into the Crime Victims Fund.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**The Court recommends that the defendant be incarcerated at a facility appropriate to his security designation located within the District of Colorado.**

**The Court recommends, to an extent practicable with the assistance of the Assistant United States Attorney, Ms. Knox, that the defendant not be housed in the same institution as co-defendants Robert Reed, Richard Reed or Charles Vaughn.**

**The defendant shall be placed on home detention for a period of four months to commence at the direction of the probation officer. During this period of time the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. The defendant shall wear electronic monitoring devices and follow all other procedures prescribed by the probation officer. The defendant shall pay the costs of electronic monitoring as directed by the probation officer.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special conditions of Supervised Release:**

    **1.** **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay**

        **the cost of treatment as directed by the probation officer.**

2.     **The defendant shall participate in a mental health assessment, and if deemed appropriate and necessary, successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

3     **The defendant shall have no association with gang members or participate in any gang activity.**

**ORDERED:**   **In addition to the $1,500.00 Fine, the defendant shall also pay a Special Assessment of $100.00, which shall be due and payable immediately.**

        **Any unpaid Fine balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payments will be calculated at least 10% of the defendant's gross household monthly income.**

**ORDERED:**   **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

Court's comments regarding voluntary surrender

Statement by Ms. Knox

The Government does not request immediate remand.

Statement by Mr. Ogden

Court's comments

**The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community. It is therefore,**

**ORDERED that the defendant, Lionel Robinson, surrender at the institution designated by the Bureau of Prisons on November 14, 2013 at 12:00 noon.**

**The defendant's BOND IS CONTINUED, and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

10:30 a.m.  Court in Recess
            Hearing concluded
            Time: 50 minutes